

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2019

No. 04-18-00865-CV

**IN RE THE COMMITMENT OF M.A.C.**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23282
Honorable Catherine Torres-Stahl, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED, and the appeal is ABATED and the cause is REMANDED to the trial court for appointment of new counsel to represent appellant on appeal.

The trial court clerk is ORDERED to file a supplemental clerk's record containing the order appointing new appellate counsel within thirty days from the date of this order.

It is so ORDERED on July 17, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2019.

_____
Keith E. Hottle, Clerk of Court